1  JOHN SKONBERG, Bar No. 069409
   ALISON S. HIGHTOWER, Bar No. 112429
2  LITTLER MENDELSON
   A Professional Corporation
3  650 California Street, 20th Floor
   San Francisco, CA 94108.2693
4  Telephone: 415.433.1940
   Facsimile: 415.399.8490
5  E-mail: jskonberg@littler.com
           ahightower@littler.com
6
7  Attorneys for Defendant
   PRAXAIR DISTRIBUTION, INC.
8

9              UNITED STATES DISTRICT COURT
10             NORTHERN DISTRICT OF CALIFORNIA
11             SAN FRANCISCO DIVISION

12  SETH COCKRELL,                    Case No. C08-00204
13           Plaintiff,               CERTIFICATION OF INTERESTED
14      v.                            ENTITIES OR PERSONS
15  PRAXAIR DISTRIBUTION, INC., and
16  DOES 1 through 100,
17           Defendant.
18

19      Pursuant to Local Rule 3-16, the undersigned certifies that the following listed
20  persons, associations of persons, firms, partnerships, corporations (including parent corporations) or
21  other entities (i) have a financial interest in the subject matter in controversy or in a party to the
22  proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be
23  substantially affected by the outcome of this proceeding:
24      Praxair, Inc.
25      Amko Service Company
26      Asian Surface Technologies Pte. Ltd.
27      Disuplin Porto Re D.o.o.
28

LITTLER MENDELSON
A Professional Corporation
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

CERTIFICATION OF INTERESTED          -1-
PARTIES

| | |
|---|---|
| 1 | Istrabenz plini S.r.l. |
| 2 | Istrabenz plini (Slovenia) |
| 3 | Logistics Services |
| 4 | Maxima Air Separation Center Limited |
| 5 | Montkemija |
| 6 | Niject Services Co. |
| 7 | Oxigenos de Colombia Efese S.A. |
| 8 | OXIMESA S.L. |
| 9 | Plinarna Maribor d.d. |
| 10 | Praxair Argentina S.R.L. |
| 11 | Praxair Benelux |
| 12 | Praxair Bolivia, S.A. |
| 13 | Praxair Canada Inc. (incl. Medigas, a division) |
| 14 | Praxair Chemax Semiconductor Materials Co. |
| 15 | Praxair Chile Ltda |
| 16 | Praxair China |
| 17 | Praxair Costa Rica, S.A. |
| 18 | Praxair Cryomag Services |
| 19 | Praxair España, S.L. |
| 20 | Praxair G.m.b.H. |
| 21 | Praxair India Private Limited |
| 22 | Praxair K.K. |
| 23 | Praxair Korea |
| 24 | Praxair Mexico, S.A. de C.V. |
| 25 | Praxair Paraguay S.R.L. |
| 26 | Praxair Peru S.R.L. |
| 27 | Praxair Portugal Gases S.A. |
| 28 | Praxair Puerto Rico B.V. |

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

CERTIFICATION OF INTERESTED PARTIES          2.

1. Praxair Services, Inc.
2. Praxair Soldadura S.L.
3. Praxair Surface Technologies (Brasil)
4. Praxair Surface Technologies, Ltd.
5. Praxair Surface Technologies (Europe) S.A.
6. Praxair S.A.S.
7. Praxair (Thailand) Company, Ltd.
8. Praxair Uruguay Ltda
9. Praxair Venezuela, S.A.
10. Praxair-Trailigaz Ozone Co.
11. Rivoira S.p.A.
12. SIAD Austria GmbH
13. SIAD Bulgaria EOOD
14. SIAD Czech spol. s.r.o
15. SIAD Hungary Kft.
16. SIAD Romania s.r.l.
17. SIAD Slovakia spol. s.r.o.
18. SIAD S.p.A.
19. Wellnite Services
20. White Martins Gases Industriais Ltda.
21. Yara Praxair ASA

Dated: January 11, 2008

*Alison S. Hightower*
ALISON S. HIGHTOWER
LITTLER MENDELSON
A Professional Corporation
Attorneys for Defendant
PRAXAIR DISTRIBUTION, INC.

Firmwide:84017539.1 045147.1123

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

CERTIFICATION OF INTERESTED PARTIES        3.