1  JOHN SKONBERG, Bar No. 069409
   ALISON S. HIGHTOWER, Bar No. 112429
2  LITTLER MENDELSON
   A Professional Corporation
3  650 California Street, 20th Floor
   San Francisco, CA 94108.2693
4  Telephone:  415.433.1940
   Facsimile:  415.399.8490
5  E-mail: jskonberg@littler.com
           ahightower@littler.com
6
   Attorneys for Defendant
7  PRAXAIR DISTRIBUTION, INC.

8

9              UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11                SAN FRANCISCO DIVISION

12  SETH COCKRELL,                    Case No. 08-CV-00204-PJH

13         Plaintiff,

14     v.

15  PRAXAIR DISTRIBUTION, INC., and
    DOES 1 through 100,
16
           Defendant.
17

18  **STIPULATION FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE**

19         Plaintiff Seth Cockrell and Defendant, Praxair Distribution, Inc. have reached a

20  settlement in principle of this action. The parties are in the process of finalizing a formal settlement

21  agreement and then anticipate providing the court, pursuant to Federal Rule of Civil Procedure 41(a),

22  a stipulation to the dismissal of this action. Since plaintiff is entitled to 21 days to consider the

23  settlement, the parties request that this Court continue the Case Management Conference, currently

24  set for April 24, 2008, by approximately 30 days to provide the parties time to consummate the

25  settlement and submit a stipulation to dismiss the action.

26         The parties further request vacating all other deadlines, including filing a Rule 26

27  statement, until after the Case Management Conference, in light of the settlement in principle.

28

STIPULATION TO CONTINUE CMC            -1-                    Case No. 08-cv-00204-PJH

1  Dated: April 10, 2008

2  *[signature]*

3  Anthony J. Sperber, Esq.
   Law Office of ANTHONY J. SPERBER
4  Attorneys for Plaintiff, Seth Cockrell

Dated: April 10, 2008

*[signature]*

Alison S. Hightower, Esq.
LITTLER MENDELSON, P.C.
Attorneys for Defendant, Praxair Distribution, Inc.

Firmwide:84855314.1 045147.1123

STIPULATION TO CONTINUE CMC                                    2.

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

1  JOHN SKONBERG, Bar No. 069409
   ALISON S. HIGHTOWER, Bar No. 112429
2  LITTLER MENDELSON
   A Professional Corporation
3  650 California Street, 20th Floor
   San Francisco, CA  94108.2693
4  Telephone:   415.433.1940
   Facsimile:   415.399.8490
5  E-mail: jskonberg@littler.com
           ahightower@littler.com

Attorneys for Defendant
PRAXAIR DISTRIBUTION, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SETH COCKRELL,<br><br>             Plaintiff,<br><br>    v.<br><br>PRAXAIR DISTRIBUTION, INC., and DOES 1 through 100,<br><br>             Defendant. | Case No. 08-CV-00204-PJH |

**[PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE**

THIS CAUSE having come before the Court upon the parties' Stipulation For Continuance of Case Management Conference, and good cause appearing,

IT IS HEREBY ORDERED that the Case Management Conference previously set for April 24, 2008, at 2:30 p.m., is continued to _____, 2008 at __:__ .m. to provide the parties sufficient time to consummate the settlement in principle reached in this action. All other deadlines, including filing Rule 26 Statements, are hereby vacated pending notification of a Request for Dismissal or that settlement will not be consummated.

///

///

///

ORDER CONTINUING CASE MANAGEMENT CONFERENCE        -1-        Case No. 08-cv-00204-PJH

1

DONE and ORDERED this _____ day of April, 2008.

2

3

_____
THE HONORABLE PHYLLIS HAMILTON
JUDGE OF THE UNITED STATES DISTRICT COURT

4

Firmwide:84853946.1 045147.1123

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LITTLER MENDELSON
A Professional Corporation
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

**ORDER CONTINUING CASE
MANAGEMENT CONFERENCE**                    2.