JOHN SKONBERG, Bar No. 069409
ALISON S. HIGHTOWER, Bar No. 112429
LITTLER MENDELSON
A Professional Corporation
650 California Street, 20th Floor
San Francisco, CA 94108.2693
Telephone: 415.433.1940
Facsimile: 415.399.8490
E-mail: jskonberg@littler.com
ahightower@littler.com

Attorneys for Defendant
PRAXAIR DISTRIBUTION, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SETH COCKRELL,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>PRAXAIR DISTRIBUTION, INC., and DOES 1 through 100,<br><br>　　　　　Defendant. | Case No. 08-CV-00204-PJH<br><br>**JOINT CASE MANAGEMENT CONFERENCE STATEMENT**<br><br>DATE: April 24, 2008<br>TIME: 2:30 p.m.<br>DEPT: Hon. Phyllis Hamilton |

Pursuant to Local Rule 16-10, Plaintiff Seth Cockrell and Defendant Praxair Distribution, Inc. submit this Joint Case Management Conference Statement.

1. **JURISDICTION AND SERVICE**

This action was commenced on or about September 28, 2007, by the Complaint filed in the Superior Court for the County of Contra Costa, entitled *Seth Cockrell v. Praxair Distribution, Inc., and Does 1 through 100* (hereinafter "the Complaint"). On October 26, 2007, Defendant filed an Answer to the Complaint in the Superior Court for the County of Contra Costa. Defendant Praxair Distribution, Inc. is incorporated in the State of Delaware and at the time the Complaint was filed and now, its principal place of business is in Connecticut. No other defendant is named or has

been served. Accordingly, no defendant is a citizen of California. Defendant removed this case to federal court under diversity jurisdiction. 28 U.S.C. §§ 1332 and 1441(b).

2. **FACTS**

Plaintiff Seth Cockrell was employed by Defendant as a truck driver from approximately January 6, 2003 until December, 2006. Plaintiff contends that Plaintiff was not paid for all overtime worked, was not provided the opportunity to take meal periods, did not receive all owed wages at the time of termination, and did not receive timely and accurate wage and hour statements. Defendant alleges that Plaintiff was provided an opportunity to take meal breaks and in fact did take meal periods or chose not to take meal periods. Defendant also denies the remaining allegations.

3. **SETTLEMENT IS BEING FINALIZED**

In lieu of conducting formal discovery, counsel promptly began discussing settlement and conducting informal discovery. The parties consequently have reached a settlement in principle of this action in its entirety.

The parties are in the process of finalizing a formal settlement agreement and then anticipate providing the court, pursuant to Federal Rule of Civil Procedure 41(a), a stipulation for the dismissal of this action. Since plaintiff is entitled to 21 days to consider the settlement, the parties request that this Court continue the Case Management Conference, currently set for April 24, 2008, by approximately 30 days to provide the parties time to consummate the settlement and submit a stipulation to dismiss the action. A proposed executed Stipulation and Order was submitted to this Court on April 10, 2008 and is currently under submission.

The parties further request vacating all other deadlines until after the Case Management Conference, in light of the settlement in principle.

///
///
///
///
///

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

JOINT CASE MANAGEMENT STATEMENT     2.     Case No. 08-cv-00204-PJH

Respectfully submitted,

Dated: April 15, 2008

_____
Anthony J. Sperber, Esq.
Law Office of ANTHONY J. SPERBER
Attorneys for Plaintiff, Seth Cockrell

Dated: April 15, 2008

_____
Alison S. Hightower, Esq.
LITTLER MENDELSON, P.C.
Attorneys for Defendant, Praxair Distribution, Inc.

Firmwide:84913207.1 045147.1123

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

JOINT CASE MANAGEMENT STATEMENT    3.    Case No. 08-cv-00204-PJH