| | |
|---|---|
| 1 | JOHN SKONBERG, Bar No. 069409 |
| | ALISON S. HIGHTOWER, Bar No. 112429 |
| 2 | LITTLER MENDELSON |
| | A Professional Corporation |
| 3 | 650 California Street, 20th Floor |
| | San Francisco, CA 94108.2693 |
| 4 | Telephone: 415.433.1940 |
| | Facsimile: 415.399.8490 |
| 5 | E-mail: jskonberg@littler.com |
| | ahightower@littler.com |
| 6 | |
| 7 | Attorneys for Defendant |
| | PRAXAIR DISTRIBUTION, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SETH COCKRELL, | Case No. 08-CV-00204-PJH |
| Plaintiff, | |
| v. | |
| PRAXAIR DISTRIBUTION, INC., and DOES 1 through 100, | |
| Defendant. | |

### [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE

THIS CAUSE having come before the Court upon the parties' Stipulation For Continuance of Case Management Conference, and good cause appearing,

IT IS HEREBY ORDERED that the Case Management Conference previously set for April 24, 2008, at 2:30 p.m., is continued to May 29, 2008 at 2:30 p.m. to provide the parties sufficient time to consummate the settlement in principle reached in this action. All other deadlines, including filing Rule 26 Statements, are hereby vacated pending notification of a Request for Dismissal or that settlement will not be consummated.

///

///

///

1   DONE and ORDERED this __15th__ day of April, 2008.

2

3   _____
    THE HONORABLE PHYLLIS HAMILTON
4   JUDGE OF THE UNITED STATES DISTRICT COURT

    Firmwide:84853946.1 045147.1123

*IT IS SO ORDERED*
*Judge Phyllis J. Hamilton*
*UNITED STATES DISTRICT COURT*
*NORTHERN DISTRICT OF CALIFORNIA*

LITTLER MENDELSON
A Professional Corporation
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

ORDER CONTINUING CASE
MANAGEMENT CONFERENCE                    2.