1  JOHN SKONBERG, Bar No. 069409
   ALISON S. HIGHTOWER, Bar No. 112429
2  LITTLER MENDELSON
   A Professional Corporation
3  650 California Street, 20th Floor
   San Francisco, CA 94108.2693
4  Telephone: 415.433.1940
   Facsimile: 415.399.8490
5  E-mail: jskonberg@littler.com
           ahightower@littler.com
6
   Attorneys for Defendant
7  PRAXAIR DISTRIBUTION, INC.

8

9              UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11                SAN FRANCISCO DIVISION

12  SETH COCKRELL,                    Case No. 08-CV-00204-PJH

13            Plaintiff,

14       v.

15  PRAXAIR DISTRIBUTION, INC., and
    DOES 1 through 100,
16
              Defendant.
17

18  **STIPULATION FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE**

19       Plaintiff Seth Cockrell and Defendant, Praxair Distribution, Inc. have reached a

20  settlement of this action. Counsel have finalized a formal settlement agreement and are in the

21  process of obtaining signatures. Since plaintiff is entitled to 21 days to consider the settlement, once

22  that period lapses, counsel will provide the Court, pursuant to Federal Rule of Civil Procedure 41(a),

23  a stipulation to dismiss this action.

24       The parties thus request that this Court continue the Case Management Conference,

25  currently set for May 29, 2008, by approximately 30 days to provide the parties time to permit the

26  revocation period to lapse and a stipulation to dismiss the action then to be submitted to the Court.

27

28

STIPULATION TO CONTINUE CMC        -1-        Case No. 08-cv-00204-PJH

1  Dated: May 17, 2008

2  _____
   Anthony J. Sperber, Esq.
3  Law Office of ANTHONY J. SPERBER
4  Attorneys for Plaintiff, Seth Cockrell

5
   Firmwide:84855314.1 045147.1123
6

Dated: May 19 2008

_____
Alison S. Hightower, Esq.
LITTLER MENDELSON, P.C.
Attorneys for Defendant, Praxair Distribution, Inc.

STIPULATION TO CONTINUE CMC            2.