JOHN SKONBERG, Bar No. 069409
ALISON S. HIGHTOWER, Bar No. 112429
LITTLER MENDELSON
A Professional Corporation
650 California Street, 20th Floor
San Francisco, CA 94108.2693
Telephone: 415.433.1940
Facsimile: 415.399.8490
E-mail: jskonberg@littler.com
        ahightower@littler.com

Attorneys for Defendant
PRAXAIR DISTRIBUTION, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SETH COCKRELL,<br><br>    Plaintiff,<br><br>    v.<br><br>PRAXAIR DISTRIBUTION, INC., and DOES 1 through 100,<br><br>    Defendant. | Case No. 08-CV-00204-PJH |

### [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE

THIS CAUSE having come before the Court upon the parties' Stipulation For Continuance of Case Management Conference, and good cause appearing,

IT IS HEREBY ORDERED that the Case Management Conference previously set for May 29, 2008, at 2:30 p.m., is continued to June ___, 2008 at __:__ .m. to provide the parties additional time to consummate the settlement in principle reached in this action. All other deadlines, including filing Rule 26 Statements, are hereby vacated pending notification of a Request for Dismissal or that settlement will not be consummated.

///

///

///

1    DONE and ORDERED this ____ day of May, 2008.

2

3                                          _____
                                           THE HONORABLE PHYLLIS HAMILTON
4                                          JUDGE OF THE UNITED STATES DISTRICT COURT

Firmwide:85269994.1 045147.1123

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108 2693
415 433 1940

ORDER CONTINUING CASE
MANAGEMENT CONFERENCE                    2.