1  JOHN SKONBERG, Bar No. 069409
   ALISON S. HIGHTOWER, Bar No. 112429
2  LITTLER MENDELSON
   A Professional Corporation
3  650 California Street, 20th Floor
   San Francisco, CA 94108.2693
4  Telephone:    415.433.1940
   Facsimile:    415.399.8490
5  E-mail: jskonberg@littler.com
            ahightower@littler.com
6
   Attorneys for Defendant
7  PRAXAIR DISTRIBUTION, INC.

8

9                  UNITED STATES DISTRICT COURT

10               NORTHERN DISTRICT OF CALIFORNIA

11                   SAN FRANCISCO DIVISION

12 | SETH COCKRELL,                        | Case No. 08-CV-00204-PJH

13 |               Plaintiff,              | **JOINT CASE MANAGEMENT**
   |                                       | **CONFERENCE STATEMENT**
14 |       v.                              |
   |                                       | DATE:   May 29, 2008
15 | PRAXAIR DISTRIBUTION, INC., and       | TIME:   2:30 p.m.
   | DOES 1 through 100,                   | DEPT:   Hon. Phyllis Hamilton
16 |                                       |
   |               Defendant.              |
17

18

19          Pursuant to Local Rule 16-10, Plaintiff Seth Cockrell and Defendant Praxair

20  Distribution, Inc. submit this Joint Case Management Conference Statement.

21      1.    **JURISDICTION AND SERVICE**

22          This action was commenced on or about September 28, 2007, by the Complaint filed

23  in the Superior Court for the County of Contra Costa, entitled *Seth Cockrell v. Praxair Distribution,*

24  *Inc., and Does 1 through 100* (hereinafter "the Complaint"). On October 26, 2007, Defendant filed

25  an Answer to the Complaint in the Superior Court for the County of Contra Costa. Defendant

26  Praxair Distribution, Inc. is incorporated in the State of Delaware and at the time the Complaint was

27  filed and now, its principal place of business is in Connecticut. No other defendant is named or has

28

LITTLER MENDELSON
A Professional Corporation
650 California Street
20th Floor
San Francisco, CA 94108 2693
415 433 1940

**JOINT CASE MANAGEMENT**                   -1-                   Case No. 08-cv-00204-PJH
**STATEMENT**

1    been served.  Accordingly, no defendant is a citizen of California.  Defendant removed this case to

2    federal court under diversity jurisdiction.  28 U.S.C. §§ 1332 and 1441(b).

3          2.    **FACTS**

4          Plaintiff Seth Cockrell was employed by Defendant as a truck driver from

5    approximately January 6, 2003 until December, 2006.  Plaintiff contends that Plaintiff was not paid

6    for all overtime worked, was not provided the opportunity to take meal periods, did not receive all

7    owed wages at the time of termination, and did not receive timely and accurate wage and hour

8    statements.  Defendant alleges that Plaintiff was provided an opportunity to take meal breaks and in

9    fact did take meal periods or chose not to take meal periods.  Defendant also denies the remaining

10   allegations.

11         3.    **SETTLEMENT IS ALMOST COMPLETE**

12         In lieu of conducting formal discovery, counsel promptly began discussing settlement

13   and conducting informal discovery.  The parties consequently have reached a settlement in principle

14   of this action in its entirety.

15         Counsel have negotiated and drafted a formal settlement agreement and the

16   agreement is in the process of being signed by both parties.  Since plaintiff is entitled to 21 days to

17   consider the settlement, counsel anticipate providing the court, pursuant to Federal Rule of Civil

18   Procedure 41(a), a stipulation for the dismissal of this action by mid-June.  The parties consequently

19   request that this Court continue the Case Management Conference, currently set for May 29, 2008,

20   by approximately 30 days to allow this revocation period to lapse and to submit to this Court a

21   stipulation to dismiss the action.  A proposed executed Stipulation and Order was submitted to this

22   Court on May 19, 2008 and is currently under submission.

23

24   ///

25   ///

26   ///

27   ///

28   ///

LITTLER MENDELSON
A Professional Corporation
650 California Street
20th Floor
San Francisco, CA  94108.2693
415 433.1940

**JOINT CASE MANAGEMENT
STATEMENT**
    2.    Case No. 08-cv-00204-PJH

1

Respectfully submitted,

2    Dated: May 17, 2008                    Dated: May 22, 2008

3

4    Anthony J. Sperber, Esq.              Alison S. Hightower, Esq.
     Law Office of ANTHONY J. SPERBER       LITTLER MENDELSON, P.C.
5    Attorneys for Plaintiff, Seth Cockrell  Attorneys for Defendant,  Praxair Distribution, Inc.

6

7    Firmwide:84913207.1 045147.1123

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

JOINT CASE MANAGEMENT                3.                Case No. 08-cv-00204-PJH
STATEMENT