1  JOHN SKONBERG, Bar No. 069409
   ALISON S. HIGHTOWER, Bar No. 112429
2  LITTLER MENDELSON
   A Professional Corporation
3  650 California Street, 20th Floor
   San Francisco, CA  94108.2693
4  Telephone:   415.433.1940
   Facsimile:   415.399.8490
5  E-mail: jskonberg@littler.com
           ahightower@littler.com
6
   Attorneys for Defendant
7  PRAXAIR DISTRIBUTION, INC.

8

9                        UNITED STATES DISTRICT COURT

10                      NORTHERN DISTRICT OF CALIFORNIA

11                            SAN FRANCISCO DIVISION

12  SETH COCKRELL,                         Case No. 08-CV-00204-PJH

13              Plaintiff,

14       v.

15  PRAXAIR DISTRIBUTION, INC., and
    DOES 1 through 100,
16
                Defendant.
17

18         [~~PROPOSED~~] ORDER CONTINUING CASE MANAGEMENT CONFERENCE

19         THIS CAUSE having come before the Court upon the parties' Stipulation For

20  Continuance of Case Management Conference, and good cause appearing,

21         IT IS HEREBY ORDERED that the Case Management Conference previously set for

22  May 29, 2008, at 2:30 p.m., is continued to June 26, 2008 at 2:30 p.m. to provide the parties

23  additional time to consummate the settlement in principle reached in this action. All other deadlines,

24  including filing Rule 26 Statements, are hereby vacated pending notification of a Request for

25  Dismissal or that settlement will not be consummated.

26  ///

27  ///

28  ///

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

ORDER CONTINUING CASE
MANAGEMENT CONFERENCE                -1-                 Case No. 08-cv-00204-PJH

1       DONE and ORDERED this <u>23</u> day of May, 2008.



THE HONORABLE PHYLLIS HAMILTON
JUDGE OF THE UNITED STATES DISTRICT COURT

Firmwide:85269994.1 045147.1123

LITTLER MENDELSON
A Professional Corporation
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

ORDER CONTINUING CASE
MANAGEMENT CONFERENCE      2.