JOHN SKONBERG, Bar No. 069409
ALISON S. HIGHTOWER, Bar No. 112429
LITTLER MENDELSON, P.C.
650 California Street, 20th Floor
San Francisco, CA 94108.2693
Telephone: 415.433.1940
Facsimile: 415.399.8490
E-mail: jskonberg@littler.com
ahightower@littler.com

Attorneys for Defendant
PRAXAIR DISTRIBUTION, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SETH COCKRELL,<br><br>            Plaintiff,<br><br>      v.<br><br>PRAXAIR DISTRIBUTION, INC., and DOES 1 through 100,<br><br>            Defendant. | Case No. 08-CV-00204-PJH |

## STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff Seth Cockrell and Defendant, Praxair Distribution, Inc., pursuant to Federal Rule of Civil Procedure 41(a), hereby stipulate to the dismissal of this action and each claim which was or could have been brought therein, with prejudice, and without an award of costs or attorney's fees to either party. The parties further agree to the entry of the attached proposed Order dismissing this case with prejudice.

Dated: June 20, 2008

/S/Anthony J. Sperber
Anthony J. Sperber, Esq.
Law Office of ANTHONY J. SPERBER
Attorneys for Plaintiff, Seth Cockrell

Dated: June 20, 2008

/S/ Alison S. Hightower
Alison S. Hightower, Esq.
LITTLER MENDELSON, P.C.
Attorneys for Defendant, Praxair Distribution, Inc.

Firmwide:84929449.1 045147.1123

STIPULATION FOR VOLUNTARY
DISMISSAL WITH PREJUDICE                    -1-                    Case No. 08-cv-00204-PJH

JOHN SKONBERG, Bar No. 069409
ALISON S. HIGHTOWER, Bar No. 112429
LITTLER MENDELSON
A Professional Corporation
650 California Street, 20th Floor
San Francisco, CA  94108.2693
Telephone:   415.433.1940
Facsimile:    415.399.8490
E-mail: jskonberg@littler.com
            ahightower@littler.com

Attorneys for Defendant
PRAXAIR DISTRIBUTION, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SETH COCKRELL,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>PRAXAIR DISTRIBUTION, INC., and DOES 1 through 100,<br><br>　　　　　Defendant. | Case No. 08-CV-00204-PJH |

### [PROPOSED] FINAL ORDER GRANTING VOLUNTARY DISMISSAL WITH PREJUDICE

THIS CAUSE having come before the Court upon the parties' Stipulation For Voluntary Dismissal With Prejudice,

IT IS HEREBY ORDERED and ADJUDGED that this action, and each claim which was or could have been brought therein, is dismissed with prejudice, and neither party shall be awarded costs or attorney's fees. The Clerk shall close this case.

DONE and ORDERED this ____ day of June, 2008.

_____
THE HONORABLE PHYLLIS HAMILTON
JUDGE OF THE UNITED STATES DISTRICT COURT

Firmwide:84766650.2 045147.1123

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

[PROPOSED] FINAL ORDER GRANTING VOLUNTARY DISMISSAL WITH PREJUDICE    -1-    Case No. 08-cv-00204-PJH

1  JOHN SKONBERG, Bar No. 069409
2  ALISON S. HIGHTOWER, Bar No. 112429
   LITTLER MENDELSON
3  A Professional Corporation
   650 California Street, 20th Floor
4  San Francisco, CA  94108.2693
   Telephone:   415.433.1940
5  Facsimile:   415.399.8490
   E-mail: jskonberg@littler.com
6          ahightower@littler.com

7

8  Attorneys for Defendant
   PRAXAIR DISTRIBUTION, INC.
9

10             SUPERIOR COURT OF THE STATE OF CALIFORNIA

11                     COUNTY OF CONTRA COSTA

12                        UNLIMITED CIVIL CASE

13  SETH COCKRELL,                    Case No.  C 07-02143

14             Plaintiff,              **PROOF OF SERVICE**

15      v.

16  PRAXAIR DISTRIBUTION, INC., and
17  DOES 1 through 100,

18             Defendants.

19

20     I am a resident of the State of California, over the age of eighteen years, and not a
21  party to the within action. My business address is 650 California Street, 20th Floor, San Francisco,
22  California  94108.2693. On June 20, 2008, I served the within document(s):

23     **STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE**

24
       **[PROPOSED] FINAL ORDER GRANTING VOLUNTARY DISMISSAL
25     WITH PREJUDICE**

26

27

28

LITTLER MENDELSON
A Professional Corporation
650 California Street
20th Floor
San Francisco, CA  94108.2693
415.433.1940

PROOF OF SERVICE  (State Case No. 07-024143)

1

| | |
|---|---|
| ☒ | **By United States mail.** I enclosed the documents in a sealed envelope or package addressed to the persons at the addresses indicated below and *(specify one)*: |
| | ☐ deposited the sealed envelope with the United States Postal Service, with the postage fully prepaid. |
| | ☒ placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with this firm's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid. |
| ☐ | **By overnight delivery.** I enclosed the documents in an envelope or package provided by an overnight delivery carrier and addressed to the persons at the addresses listed below. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight delivery carrier. |
| ☐ | **By messenger service.** I served the documents by placing them in an envelope or package addressed to the persons at the addresses listed below and providing them to a professional messenger service for service (First Legal Services  T(415) 626-3111). |
| ☐ | **By fax transmission.** Based on an agreement of the parties to accept service by fax transmission, I faxed the documents to the persons at the fax numbers listed below. No error was reported by the fax machine that I used. A copy of the record of the fax transmission, which I printed out, is attached. |
| ☐ | **By e-mail or electronic transmission. <u>AS A COURTESY</u>**, I caused the documents to be sent to the persons at the e-mail addresses listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful. |

**Counsel for Plaintiff, Seth Cockrell**

Anthony J. Sperber, Esq.
Law Offices of Anthony J. Sperber
1808 Sixth Street
Berkeley, CA  94710
Tel: (510) 845-8844
Fax: (510) 845-1998
Email: Anthony@sperberlaw.com

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on June 20, 2008, at San Francisco, California.

_____
CHRISTOLYN SHEPARD

Firmwide:85623587.1 045147.1123

LITTLER MENDELSON
A Professional Corporation
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

PROOF OF SERVICE   (STATE CASE NO. 07-024143)