JOHN SKONBERG, Bar No. 069409
ALISON S. HIGHTOWER, Bar No. 112429
LITTLER MENDELSON, P.C.
650 California Street, 20th Floor
San Francisco, CA 94108.2693
Telephone: 415.433.1940
Facsimile: 415.399.8490
E-mail: jskonberg@littler.com
ahightower@littler.com

Attorneys for Defendant
PRAXAIR DISTRIBUTION, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SETH COCKRELL,<br><br>Plaintiff,<br><br>v.<br><br>PRAXAIR DISTRIBUTION, INC., and DOES 1 through 100,<br><br>Defendant. | Case No. 08-CV-00204-PJH |

### STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff Seth Cockrell and Defendant, Praxair Distribution, Inc., pursuant to Federal Rule of Civil Procedure 41(a), hereby stipulate to the dismissal of this action and each claim which was or could have been brought therein, with prejudice, and without an award of costs or attorney's fees to either party. The parties further agree to the entry of the attached proposed Order dismissing this case with prejudice.

Dated: June 20, 2008

/S/Anthony J. Sperber
Anthony J. Sperber, Esq.
Law Office of ANTHONY J. SPERBER
Attorneys for Plaintiff, Seth Cockrell

Dated: June 20, 2008

/S/ Alison S. Hightower
Alison S. Hightower, Esq.
LITTLER MENDELSON, P.C.
Attorneys for Defendant, Praxair Distribution, Inc.

Firmwide:84929449.1 045147.1123

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

STIPULATION FOR VOLUNTARY
DISMISSAL WITH PREJUDICE        -1-        Case No. 08-cv-00204-PJH

JOHN SKONBERG, Bar No. 069409
ALISON S. HIGHTOWER, Bar No. 112429
LITTLER MENDELSON
A Professional Corporation
650 California Street, 20th Floor
San Francisco, CA 94108.2693
Telephone: 415.433.1940
Facsimile: 415.399.8490
E-mail: jskonberg@littler.com
ahightower@littler.com

Attorneys for Defendant
PRAXAIR DISTRIBUTION, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SETH COCKRELL,<br><br>Plaintiff,<br><br>v.<br><br>PRAXAIR DISTRIBUTION, INC., and DOES 1 through 100,<br><br>Defendant. | Case No. 08-CV-00204-PJH |

### [~~PROPOSED~~] FINAL ORDER GRANTING VOLUNTARY DISMISSAL WITH PREJUDICE

THIS CAUSE having come before the Court upon the parties' Stipulation For Voluntary Dismissal With Prejudice,

IT IS HEREBY ORDERED and ADJUDGED that this action, and each claim which was or could have been brought therein, is dismissed with prejudice, and neither party shall be awarded costs or attorney's fees. The Clerk shall close this case.

DONE and ORDERED this 23rd day of June, 2008.

*IT IS SO ORDERED*
*Judge Phyllis J. Hamilton*

_____
THE HONORABLE PHYLLIS HAMILTON
JUDGE OF THE UNITED STATES DISTRICT COURT

Firmwide:84766650.2 045147.1123

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

[PROPOSED] FINAL ORDER GRANTING
VOLUNTARY DISMISSAL WITH PREJUDICE   -1-   Case No. 08-cv-00204-PJH